Decided July 27, 1994

STATE OF CONNECTICUT *v.* SCOTT CAVELL

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 276 (AC 10605), is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *State* v. *Robinson,* 230 Conn. 591.

*Richard Emanuel,* assistant public defender, in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided August 11, 1994